UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE LASHLEY, | No. 2:18-cv-3013 MCE DB PS |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security,[1] | |
| Defendant. | |

On January 14, 2019, the undersigned granted plaintiff's motion to proceed in forma pauperis and ordered plaintiff to submit to the United States Marshal the documents necessary for service of process. (ECF No. 4.) Plaintiff was also ordered to file in this court a declaration stating the date on which the documents were submitted to the United States Marshal within five days after submitting those documents.

Despite the considerable passage of time, plaintiff has not filed a declaration stating the date on which the documents necessary for service were submitted to the United States Marshall

---

[1] Andrew Saul became the Commissioner of the Social Security Administration on June 17, 2019. See https://www.ssa.gov/agency/commissioner.html (last visited by the court on July 30, 2019). Accordingly, Andrew Saul is substituted in as the defendant in this action. See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

1

and the defendant has not appeared in this action.  Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days as to why this case should not be dismissed for lack of prosecution.  Failure to file a timely response may result in the dismissal of this action.

DATED:  October 1, 2019                  /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE