UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE LASHLEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,[1]<br><br>Defendant. | No. 2:18-cv-3013 MCE DB PS<br><br><br>ORDER |

On January 14, 2019, the undersigned granted plaintiff's motion to proceed in forma pauperis and ordered plaintiff to submit to the United States Marshal the documents necessary for service of process. (ECF No. 4.) Plaintiff was also ordered to file in this court a declaration stating the date on which the documents were submitted to the United States Marshal within five days after submitting those documents.

Despite the considerable passage of time, plaintiff did not file a declaration stating the date on which the documents necessary for service were submitted to the United States Marshal

---

[1] Andrew Saul became the Commissioner of the Social Security Administration on June 17, 2019. See https://www.ssa.gov/agency/commissioner.html (last visited by the court on July 30, 2019). Accordingly, Andrew Saul is substituted in as the defendant in this action. See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

1

and the defendant has not appeared in this action. Accordingly, on October 2, 2019, the court issued an order to show cause as to why this case should not be dismissed for lack of prosecution. (ECF No. 9.) On October 8, 2019, plaintiff filed a response stating that "U.S. Marshal Service and its Form USM-285 was used October 8, 2019." (ECF No. 10 at 1.) Plaintiff is advised, however, that the United States Marshal's Office has informed the court that plaintiff did not submit all documents necessary for service.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days as to why this case should not be dismissed for lack of prosecution.[2] Failure to file a timely response may result in the dismissal of this action.

DATED: November 14, 2019            /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff may comply with this order by submitting all necessary documents for service to the United States Marshall. Information regarding the necessary documents and copies currently required by the United States Marshal may be obtained from the United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).