UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE LASHLEY, | No. 2:18-cv-03013 MCE DB PS |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. ' 636 and Local Rule 302(c)(15).

On February 9, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and no party has filed objections to the findings and recommendations.

////

---

[1] After the filing of this action Kilolo Kijakazi was appointed Acting Commissioner of Social Security and has, therefore, been substituted as the defendant. See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly,

    1. The findings and recommendations filed February 9, 2022 (ECF No. 28) are adopted in full;

    2. Plaintiff's February 7, 2019 motion for summary judgment (ECF No. 8) is denied;

    3. Plaintiff's March 25, 2021 motion for summary judgment (ECF No. 26) is denied;

    4. Defendant's cross-motion for summary judgment (ECF No. 27) is granted;

    5. The Commissioner's decision is affirmed; and

    6. The Clerk of the Court is ordered to enter judgment for defendant and close this case.

IT IS SO ORDERED.

Dated: March 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE