UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE LASHLEY,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>Defendant. | No. 2:18-cv-3013 MCE DB PS<br><br><u>AMENDED ORDER</u> |

    This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. ' 636 and Local Rule 302(c)(15).

    On February 9, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections thereto were to be filed within thirty (30) days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has filed objections to the findings and recommendations.[2]

---

[1] After the filing of this action, Kilolo Kijakazi was appointed Acting Commissioner of Social Security and has, therefore, been substituted as the defendant. See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

[2] The Order Adopting the Findings and Recommendations filed March 22, 2022, stated that no objections had been timely filed. ECF No. 30. This statement was made in error and the

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order Adopting the Findings and Recommendations filed March 22, 2022 (ECF No. 30), is VACATED;

1. The findings and recommendations filed February 9, 2022 (ECF No. 28), are ADOPTED in full;

2. Plaintiff's February 7, 2019, motion for summary judgment (ECF No. 8) is DENIED;

3. Plaintiff's March 25, 2021, motion for summary judgment (ECF No. 26) is DENIED;

4. Defendant's cross-motion for summary judgment (ECF No. 27) is GRANTED;

5. The Commissioner's decision is AFFIRMED; and

6. This case shall remain closed.

IT IS SO ORDERED.

DATED: March 28, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

Court has reviewed Plaintiff's objections. Accordingly, that Order is VACATED.